

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>D-1　DAVID DOUGLAS BLACK,<br><br>　　　　Defendant.<br>_____/ | Case:2:11-cr-20124<br>Judge: Rosen, Gerald E.<br>MJ: Randon, Mark A.<br>Filed: 03-04-2011 At 04:18 PM<br>INFO: USA V. DAVID DOUGLAS BLACK (KB)<br><br><br>VIO: 26 U.S.C., § 7201 |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
(26 U.S.C. §7201 - Attempt to Evade and Defeat Tax)

On or about April 15, 2005, in the Eastern District of Michigan, Southern Division, DAVID DOUGLAS BLACK, defendant herein, a resident of Michigan, who during the calendar year of 2004, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America for the calendar year of 2004, by claiming that his gross income was only $319,866, when in reality the gross amount was approximately three times that amount (approximately $1,080,075.), resulted in him under reporting approximately $760,209 in income on his return, which caused in an estimated tax loss, due and owing to the United States, of $270,941,

1

as a consequence of his preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which omitted in large part the income he diverted from his law firm of Black, Black and Black in violation of Title 26, United States Code, Section 7201.

BARBARA L. MCQUADE
United States Attorney


s/ Ronald W. Waterstreet
RONALD W. WATERSTREET
Assistant United States Attorney


Dated: March 4, 2011

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Reassignment/Recusal Information
This matter was opened in the USAO prior to August 15, 2008   [ ]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: RWW |

Case Title: USA v. DAVID DOUGLAS BLACK

County where offense occurred : ST. CLAIR

Check One:    ☒ Felony        ☐ Misdemeanor        ☐ Petty

　　　　Indictment/ _X_ Information --- **no** prior complaint.
　　　　Indictment/____Information --- based upon prior complaint [Case number: ]
　　　　Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information

Case: 2:11-cr-20124
Judge: Rosen, Gerald E.
MJ: Randon, Mark A.
Filed: 03-04-2011 At 04:18 PM
INFO: USA V. DAVID DOUGLAS BLACK (KB)

Superseding to Case No: _____

☐　Original case was terminated; no additional charges or defendants.
☐　Corrects errors; no additional charges or defendants.
☐　Involves, for plea purposes, different charges or adds counts.
☐　Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

March 4, 2011
Date

RONALD W. WATERSTREET
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9100
Fax: (313) 226-3413
E-Mail address:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09